IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 17-13471
　　　　　　　　　　　　　　　　　　　CHAPTER 13
　　　STUART WARD
　　　EMILY WARD : JUDGE HOPKINS
　　　DEBTOR(S)
　　　　　　　　　　　　　　　　　　: TRUSTEE'S RESPONSE TO DEBTOR(S)'
　　　　　　　　　　　　　　　　　　　MOTION TO RETAIN INSURANCE PROCEEDS

　　　Comes now the Chapter 13 Trustee, Margaret A. Burks and files this Response to the Motion to Retain Insurance Proceeds filed 1/8/18 (doc. 24) by debtor(s).

　　　Trustee does not oppose the relief requested, but suggests that debtor's Counsel shepherd funds and file a report to Court including documentation as to the repairs completed on the vehicle within 45 days of any order granting the within motion. If repairs are not completed on the vehicle within 45 days of the Order, such insurance proceeds should be paid into the plan to reduce Creditor, Consumer Portfolio's claim.

　　　An Agreed Order can be reached between Counsel.


　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　/s/　Margaret A. Burks, Esq.
　　　　　　　　　　　　　　　　Margaret A. Burks, Esq.
　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　Attorney Reg. No. OH 0030377

　　　　　　　　　　　　　　　　Francis J. DiCesare, Esq.
　　　　　　　　　　　　　　　　Staff Attorney
　　　　　　　　　　　　　　　　Attorney Reg. No. OH 0038798

　　　　　　　　　　　　　　　　Karolina F. Perr, Esq.
　　　　　　　　　　　　　　　　Staff Attorney
　　　　　　　　　　　　　　　　Attorney Reg No. OH 0066193

　　　　　　　　　　　　　　　　600 Vine Street, Suite 2200
　　　　　　　　　　　　　　　　Cincinnati, OH  45202
　　　　　　　　　　　　　　　　513-621-4488
　　　　　　　　　　　　　　　　513 621-2643  (facsimile)
　　　　　　　　　　　　　　　　mburks@cinn13.org Correspondence
　　　　　　　　　　　　　　　　fdicesare@cinn13.org
　　　　　　　　　　　　　　　　kperr@cinn13.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Response to Motion to Retain was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on January 11, 2018 addressed to:

Stuart Ward
Emily Ward
Debtor(s)
5427 Moundcrest Drive
Cincinnati, Ohio 45212


                                                        /s/Margaret A. Burks, Esq.
                                                           Margaret A. Burks, Esq.

                                                           Francis J. DiCesare, Esq.

                                                           Karolina F. Perr, Esq.