UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.   17-13471 |
| STUART AND EMILY WARD | : | CHAPTER   13 |
| DEBTOR | : | JUDGE   HOPKINS |
| | : | **WITHDRAWAL OF DEBTOR'S MOTION TO RETAIN  (DOC. 24)** |

Comes now the debtor, Stuart and Emily Ward, and respectfully withdraw their Motion to Retain Insurance Proceeds (Doc. 24).

Respectfully Submitted,
/s/  Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Amourgis & Associates
300 E. Business Way, Suite 200
Cincinnati, OH 45241
(513)826-4408/(614) 987-2086 (Fax)
msimons@amourgis.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Debtors' Motion to Retain Insurance Proceeds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this  30th day of January, 2018.

/s/Molly Slutsky Simons
Molly Slutsky Simons (0083702)

**Served Electronically via ECF:**

Margaret A. Burks, Esq.
Chapter 13 Trustee
Cincinnati@cinn13.org

U.S. Trustee
Ustpregion09.ci.ecf@usdoj.gov

**Served by Regular U.S. Mail:**

Stuart and Emily
Ward
5427 Moundcrest Dr.
Cincinnati, OH 45212

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

CONSUMER PORTFOLIO SERVICES, INC.
P.O. BOX 57071
IRVINE, CA. 92619

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090

NCB Management Services, Inc.
One Allied Drive
Trevose, PA 19053